IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUDY R. HILTON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2744 |
| | § | |
| EXECUTIVE SELF STORAGE | § | |
| ASSOCIATES, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Counsel for plaintiff has filed two Motions to Compel. (Docket Entry Nos. 22 and 23). The filing of these motions is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

These motions are stricken. A discovery hearing is set for **April 6, 2007, at 4:00 p.m.,** in Courtroom 11-B to address the subject matter of the motions.

SIGNED on March 28, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge