# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TRUDY R. HILTON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2744 |
| | § | |
| | § | |
| EXECUTIVE SELF STORAGE | § | |
| ASSOCIATES, INC., *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiffs have moved for a continuance in this FLSA case filed as a putative collective action. The deadline for filing the motion for class certification was set for June 15, 2007 and the hearing was set for **August 17, 2007, at 9:00 a.m..** On May 9, 2007, a month after the deadline had been set, the plaintiffs' attorneys moved to withdraw. The motion was unopposed and was granted on June 1, 2007. The named plaintiffs are representing themselves.

In the order granting the motion to withdraw, the court stated that deadlines would not be extended absent a showing of good cause. On June 18, 2007, the named plaintiffs moved to continue the June 15, 2007 deadline for filing the conditional certification motion. The reason given is to continue to find new counsel. The defendants oppose the motion for continuance.

The motion for continuance is granted in part.  The plaintiffs may have until August 10, 2007, to file their motion for class certification.  The hearing set for that date will serve as a status conference.  If the plaintiffs do file their motion, a schedule will be set to hold a hearing, if appropriate.  If the plaintiffs do not meet that deadline, a schedule will be set to resolve the case as an individual action.

SIGNED on July 11, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge