IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUDY R. HILTON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-2744 |
| § | |
| EXECUTIVE SELF STORAGE § | |
| ASSOCIATES, INC., *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

The plaintiffs, Trudy R. Hilton and Daniel J. Krupp, filed this suit on August 24, 2006, claiming that their former employers, T.C. Jester & 18th Ltd. d/b/a Heights Self Storage ("Heights Self Storage") and Executive Self Storage Associates, Inc. ("Executive Self Storage"), violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, by failing to pay overtime for hours worked in excess of forty hours in a workweek. This court granted summary judgment as to certain of the plaintiffs' claims. The cross-claim by Executive Self Storage against Heights Self Storage was dismissed without prejudice and the parties have requested that it be dismissed with prejudice. The remaining claims asserted by the plaintiffs were tried to a jury in October 2008. Based on the verdict, the following orders are entered:

1.   The plaintiff, Trudy R. Hilton, recovers the sum of $1,000.00 from the defendants, Heights Self Storage and Executive Self Storage. This sum doubles the jury's damage award of $500.00 based on the finding of willfulness. 29 U.S.C. § 216(b).

2. The plaintiff, Daniel J. Krupp, recovers the sum of $1,000.00 from the defendants, Heights Self Storage and Executive Self Storage. This sum doubles the jury's damage award of $500.00 based on the finding of willfulness. 29 U.S.C. § 216(b).

3. Prejudgment interest is awarded on each plaintiff's $1,000.00 award at the annual rate of 10% per annum, to be paid from August 24, 2006 until the date this judgment is entered.

4. The plaintiffs are awarded $21,132.05 in attorneys' fees and $3,395.59 in costs.

5. Postjudgment interest is awarded on the above amounts at the rate of .48% per annum, from the date this judgment is entered until the date it is paid.

6. The cross-claim by Executive Self Storage against Heights Self Storage is dismissed with prejudice.

7. All other relief is denied.

This is a final judgment.

SIGNED on July 1, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge